IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 3:21-CR-059-K (01) |
| | § | |
| GUADALUPE RIVERA, | § | |
| | § | |
| Defendant | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge David L. Horan for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. The Defendant waived allocution before this Court and consented to proceed before the Magistrate Judge for the hearing. The hearing was held on July 14, 2021, and the Report and Recommendation of the United States Magistrate Judge was filed that same date. The Defendant has filed no objections to the Report and Recommendation of the United States Magistrate Judge

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of (5) five months, with Supervised Release of 31 months.

The Defendant shall receive credit for TIME SERVED in federal custody prior to revocation.  The Court recommends that the defendant be allowed to serve his sentence at FCI Seagoville or a Bureau of Prisons facility in the North Texas area.

SO ORDERED.

Signed August 25th, 2021.


_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE