IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 3:21-CR-00059-K (1) |
| | § | |
| GUADALUPE RIVERA, | § | |
| Defendant | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge David L. Horan for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 8 months (with credit for time served), with no additional terms of Supervised Release to follow.

The Court recommends that Defendant be allowed to serve his sentence at FCI Seagoville, if appropriate.

PAGE 1

The Defendant shall report to the institution designated, no later that 2:00 p.m. on June 1, 2022.

    SO ORDERED.

    Signed May 10th, 2022.

                                        _____
                                        ED KINKEADE
                                        UNITED STATES DISTRICT JUDGE